**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YUE ZHOU, et al.,

                      Plaintiffs,

    -against-                                21 **CIVIL** 10600 (PMH)

                                              **JUDGMENT**

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION, et al.,

                      Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 28, 2022, Defendants' motion to dismiss the action under Federal Rule of Civil Procedure 12(b)(1) is GRANTED. Given the Court's conclusion as to its lack of subject-matter jurisdiction, it need not and does not reach Defendants' arguments for dismissal under 12(b)(5) or (6); accordingly, the case is closed.

**Dated:** New York, New York

          June 29, 2022

                                                             **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                                   **BY:**      *K. Mango*

                                                                **Deputy Clerk**